**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7682**

———————————

CLINTON R. BEDELL, JR.,

                                    Plaintiff - Appellant,

        versus

VT. D.O.C.; JOHN GORCZYK; J. LABRIOLA; DR.
CURRY-EL, Psychologist; DR. GENERAL; DR.
FIELDING; B. BLAKELY; E. WILLIAMS; F. ROACH;
C. MITCHELL; C. DAVIS; M. MILLARD; M. BOONE;
K. DAVIS,

                                    Defendants - Appellees,

        and

RON ANGELONE, F.T.C.A. Official Capacity;
INTERSTATE COMPACT CONTRACT; GREENSVILLE; VA.
D.O.C.; K. CLARK; TERRY MOSHER, (VtDoc);
SHAUNA LEWIS; DR. LEWIS; R. SPENCE; G.
GARRAGHTY,

                                    Defendants.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-01-780-2)

———————————

Submitted: December 19, 2003      Decided: February 11, 2004

———————————

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Clinton R. Bedell, Jr., Appellant Pro Se.  Philip Carlton Hollowell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia; Michael Eugene Ornoff, ORNOFF & ARNOLD, P.C., Virginia Beach, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clinton R. Bedell, Jr., appeals the district court's judgment dismissing his complaint against various defendants, including prison authorities in Virginia and Vermont. We have reviewed the record and the district court's opinions and orders disposing of Bedell's claims and find no error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Bedell v. Vermont Dep't of Corr.</u>, No. CA-01-780-2 (E.D. Va. Oct. 6, 2003). We deny Bedell's motion for leave to file a supplemental brief and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>